**COMMONWEALTH of Pennsylvania,
Respondent,**

v.

**Steven SZAREWICZ, Petitioner.**

Supreme Court of Pennsylvania.

Jan. 22, 1997.

*ORDER*

PER CURIAM:

AND NOW, this 22nd day of January, 1997 the Petition for Allowance of Appeal is granted limited to the issue of whether a formal inquest is necessary before a coroner may act as an issuing authority.

**COMMONWEALTH of Pennsylvania,
Respondent,**

v.

**Gary WILLIAMS, Petitioner.**

Supreme Court of Pennsylvania.

Jan. 22, 1997.

Scott B. Rudolf, Philadelphia, for Petitioner.

*ORDER*

PER CURIAM.

AND NOW, this 22nd day of January, 1997, the Petition for Allowance of Appeal is granted, limited to the issue of whether the Superior Court erred in denying petitioner appellate review on the merits.